**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Kavits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 1, 2026

**MEMO ENDORSED**

**BY CM/ECF**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***United States* v. *Kevin Seto***, 26 Cr. 279 (LTS)

Dear Judge Swain:

On June 26, 2026, a grand jury returned the above-referenced Indictment, charging the defendant Kevin Seto in four counts. After conferring with defense counsel and the Court, the Government respectfully requests that the Court schedule an arraignment and initial pretrial conference on July 17, 2026 at 11:00 a.m., which the Government understands is the earliest convenient time for all parties. Out of an abundance of caution, the Government also requests that the Court exclude time under the Speedy Trial Act between today and July 17, 2025 so that Seto can continue to review discovery already produced in this case, and for the Government to prepare to produce additional Rule 16 discovery materials in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Ni Qian
Andrew K. Chan / James Ligtenberg
Ni Qian
Assistant United States Attorneys
(212) 637-1072 / 2665 / 2364

Cc: Counsel for Defendant

The Court has reviewed the Government's letter motion above as well as the response of defense counsel (docket entry no. 42). The foregoing request to schedule an arraignment and initial pretrial conference on Friday, July 17, 2026, at 11:00 AM is granted. To the extent that the period by which trial must begin under the Speedy Trial Act has begun to run, the Government's request for exclusion is granted. The Court finds, pursuant to 18 U.S.C. section 3161(h)(7)(A), that the ends of justice served by the exclusion of time between July 7, 2026, and July 17, 2026, outweigh the best interest of the public and the defendant in a speedy trial in order to provide time for the defense to continue reviewing produced discovery materials. Docket entry no. 40 is resolved.
SO ORDERED.
July 7, 2026
/s/ Laura Taylor Swain, Chief USDJ